In the Matter of MICHAEL J. LEHRER et al., Appellants, v GIULIO CAVALLO et al., Respondents.

Submitted November 13, 2007; decided December 18, 2007

Reported below, 43 AD3d 1059.

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied the motion for leave to amend the petition, dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution (*see Arnav Indus., Inc. Retirement Trust v Brown, Raysman, Millstein, Felder & Steiner*, 96 NY2d 300, 303 n 1 [2001]); motion for leave to appeal otherwise denied.

ALBERT LEVY, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Respondents, et al., Defendants.

Submitted November 5, 2007; decided December 18, 2007

Reported below, 40 AD3d 359.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of STREET VENDOR PROJECT et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Submitted December 10, 2007; decided December 18, 2007

Reported below, 43 AD3d 345.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.